

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

BRIAN FRANCOLLA
*Assistant Corporation Counsel*
Tel.: (212) 788-0988
Fax: (212) 788-9776

November 25, 2009

**BY ECF**
Honorable Ramon E. Reyes
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: <u>Matthew Edison v. City of New York, et al.</u>, 09 CV 1858 (CBA) (RER)

Your Honor:

        I respectfully write on behalf of all parties to advise Your Honor that the above-referenced action has settled. The executed STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE will be submitted to the Court shortly.

        Respectfully submitted,

        Brian Francolla
        Assistant Corporation Counsel
        Special Federal Litigation Division

cc:    Robert Marinelli, Esq. (By ECF)
       Attorney for Plaintiff
       26 Court Street, Suite 1815
       Brooklyn, New York 11242